United States District Court

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CHRISTINA MILLER,                          No. C 04-03569 WHA

11        Plaintiff,

12   v.                                         **ORDER GRANTING
                                                TEMPORARY STAY AND
13   RAVENSWOOD CITY UNIFIED SCHOOL             VACATING DEADLINES**
     DISTRICT, CHARLIE KNIGHT, MACK
14   MCCLENDON, FLOYD GONELLA, and
     DOES 1 through 10, Inclusive,
15

16        Defendants.
                                          /
17

18        The Court is in receipt of plaintiff's letter dated August 12, 2005, regarding plaintiff's

19   recent automobile accident.  Good cause having been shown, this order grants a temporary stay.

20   All remaining deadlines set forth in the case management order of March 17, 2005 are

21   VACATED.  A second case management conference is hereby scheduled for **NOVEMBER 17,**

22   **2005 AT 11:00 A.M.**  A joint case management statement shall be due fourteen days in advance.

23

24        **IT IS SO ORDERED.**

25

26   Dated:  August 15, 2005



     WILLIAM ALSUP
27                                              UNITED STATES DISTRICT JUDGE

28