IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MILLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAVENSWOOD CITY UNIFIED SCHOOL DISTRICT, CHARLIE KNIGHT, MACK MCCLENDON, FLOYD GONELLA, DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____ / | No. C 04-03569 WHA<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR A FURTHER STAY** |

The Court **DENIES** plaintiff's request for a further stay. Trial counsel must appear at the case management conference set for **NOVEMBER 17, 2005, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: November 16, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE