MARYLON M. BOYD   SBN #:139642
**LAW OFFICES OF MARYLON M. BOYD**
2201 Broadway, Suite 815
Oakland, CA 94612
510 663-8772
510 663-8781 Fax

Attorney for Plaintiff Christina Miller

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MILLER | NO:   C-04-03569 WHA |
| Plaintiff, | |
| vs. | [Proposed] **ORDER TO EXTEND TIME TO COMPLETE MEDIATION** |
| RAVENSWOOD CITY UNIFIED SCHOOL DISTRICT; and DOES 1 THROUGH 10, Inclusive | |
| Defendants. | **Judge: William H. Alsup** |

GOOD CAUSE appearing, the Parties' request to extend the time to complete Mediation in this matter to April 17, 2006, is hereby granted.

**SO ORDERED**.    _____
                                Judge William Alsup
                                United States District Court

March 15, 2006

APPROVED
Judge William H. Alsup

---

Order  Extending  Time for Mediation
Miller v. Ravenswood, No. C04-03569 WHA