1  John A. Shupe, Esq., SBN: 87716
   Diane E. Finkelstein, Esq., SBN: 88337
2  Anita L. Rimes, Esq., SBN: 215534
   SHUPE AND FINKELSTEIN
3  177 Bovet Road, Suite 600
   San Mateo, CA 94402
4  Telephone:  (650) 341-3693
   Facsimile:   (650) 341-1395
5
   Attorneys for Defendant RAVENSWOOD CITY
6  SCHOOL DISTRICT and CHARLIE KNIGHT

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | CHRISTINA MILLER,                          ) CASE NO: C 04 3569 WHA
                                                )
11 |         Plaintiffs,                        ) **ORDER**
                                                )
12 |   v.                                       )
                                                )
13 | RAVENSWOOD CITY UNIFIED SCHOOL             )
     DISTRICT, CHARLIE KNIGHT, MACK             )
14 | MCCLENDON, FLOYD GONELLA, DOES 1           )
     through 10, Inclusive,                     )
15 |                                            )
             Defendants.                        )
16 |                                            )
                                                )
17

18      This matter came on for a telephonic hearing before the Court, in chambers, on April 28,

19 2006 at 9:00 a.m., on defendant's request to resolve discovery issues between the parties. The parties

20 raised issues through defendant's letters to the Court of April 20 and April 26, 2006, and through

21 plaintiff's letters of April 26 and April 27, 2006. The Court, having reviewed these submittals, and

22 having heard oral argument on the matter, and finding good cause, rules as follows:

23      1.   Plaintiff shall provide complete responses to defendant's June 2005 interrogatories

24 and requests for production of documents to plaintiff and shall deliver those responses and produce

25 //

26 //

27 //

28 //

---

Order                                                                                         Page 1

any responsive documents to defense counsel by delivering same to his office by 5:00 p.m. on May 5, 2006. Provided, however, if plaintiff did not timely respond to said June, 2005 written discovery, all objections to same have been waived and plaintiff shall not assert objections.

2. The parties shall adhere to the deposition schedule described in counsels' correspondence to the Court, and specifically Ms. Boyd's letter of April 27, 2006, unless different dates are set by mutual agreement confirmed in writing.

IT IS SO ORDERED.    May 1, 2006

[APPROVED — Judge William Alsup, United States District Court, Northern District of California]

_____
Judge, United States District Court

APPROVED AS TO FORM:

_____
Marylon Boyd, Attorney for Plaintiff

M:\Miller, Christina\Pldgs\discovery order #2.wpd

Shupe and Finkelstein
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 341-3693