IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MILLER, | No. C 04-03569 WHA |
| Plaintiff, | |
| v. | **NOTICE RE HEARING** |
| RAVENSWOOD CITY UNIFIED SCHOOL DISTRICT, | |
| Defendant. / | |

    Counsel must be thoroughly familiar with the summary judgment record and particularly items pertaining to the signature issue. The Court requests that Ms. Miller and Mr. Gonella attend the hearing and be prepared to give testimony.

**IT IS SO ORDERED.**

Dated: December 13, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2004Civ\04-03569 Miller\notice re sj hearing.wpd