IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MILLER, | No. C 04-03569 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANT'S AMENDED MOTION IN LIMINE NO. 4** |
| RAVENSWOOD CITY UNIFIED SCHOOL DISTRICT, | |
| Defendant. / | |

Defendant's amended motion in limine no. 4 has been received. Plaintiff shall have until **FRIDAY, JANUARY 26, 2007, AT NOON,** to file a response.

This motion will be heard on **JANUARY 29, 2007, AT 7:30 A.M.** Parties must bring copies of Sheila Arcara's declaration and deposition transcript.

**IT IS SO ORDERED.**

Dated: January 24, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE