**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA MILLER,

    Plaintiff,

v.

RAVENSWOOD CITY UNIFIED SCHOOL DISTRICT,

    Defendant.

            /

No. C 04-03569 WHA

**ORDER TO JURY COMMISSIONER**

IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

Dated: January 25, 2007

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE