John A. Shupe, Esq., SBN: 87716
Anita L. Rimes, Esq., SBN: 215534
Eric K. Shiu, Esq., SBN: 156167
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 341-3693
Facsimile: (650) 341-1395

Attorneys for Defendant RAVENSWOOD CITY
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MILLER, | CASE NO: C 04 3569 WHA |
| Plaintiffs, | [PROPOSED] ORDER ALLOWING COUNSEL ACCESS TO COURTROOM TO SET UP EQUIPMENT FOR TRIAL |
| v. | |
| RAVENSWOOD CITY UNIFIED SCHOOL DISTRICT, CHARLIE KNIGHT, MACK MCCLENDON, FLOYD GONELLA, DOES 1 through 10, Inclusive, | Trial Date: January 29, 2007<br>Courtroom: Honorable William H. Alsup |
| Defendants. | |

The Court, having set the above-captioned matter for trial scheduled to commence on January 29, 2007, and having been requested, by counsel, to allow counsel access to Courtroom No. 9, 19th Floor, for the purposes of setting up an Elmo, projector and screen to be used during the trial, does now order as follows:

The U.S. Marshall Service shall allow defense counsel John A. Shupe, and plaintiff's counsel Marylon Boyd, access to Department 9, before, during or after normal business hours of this Department, prior to January 29, 2007, and for the eight (8) calendar days following to set-up, test, and when the trial is completed, to remove, an Elmo, projector and screen and any related trial materials.

Dated: January 25, 2007

_____
Judge, United States District Court

IT IS SO ORDERED
Judge William Alsup

[Proposed] Order Allowing Set Up Of Equipment For Trial    Case No. C 04 3569 WHA    Page 1